Entered on Docket January 31, 2012

**Below is the Judgment of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
(Dated as of Entered on Docket date above)

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Bankruptcy No. 11-12340-TWD |
| SCOTT BANCHERO, | |
| Debtor. | |
| MICHAEL YERKOVICH, | Adversary No. 11-01542-TWD |
| Plaintiff, | |
| v. | **JUDGMENT OF NONDISCHARGEABILITY** |
| SCOTT BANCHERO, | |
| Defendant. | |

JUDGMENT OF NONDISCHARGEABILITY - 1

|   |
|---|
| SCOTT BANCHERO, <br><br>                      Counterclaimant, <br>   v. <br><br>MICHAEL YERKOVICH, <br><br>                      Counterdefendant. |

THIS MATTER came before the Court on the summary judgment motions [Docket Nos. 34 and 38] (the "SJ Motions") filed by the Defendant, Scott Banchero, and the Plaintiff, Michael Yerkovich. The Court has reviewed and considered the SJ Motions, any and all evidence submitted in support of and in opposition to the SJ Motions, the records and files in the case, and the oral argument held on January 13, 2012. The Court stated its reasons for granting and denying the SJ Motions on the record at the January 13, 2012 oral ruling on the SJ Motions as contemplated by Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56(a). The Court issues its final judgment as follows:

1. The debt owed by Scott Banchero to Michael Yerkovich arising from the October 17, 2011 Final Judgment for Plaintiff in King County Case No. 09-2-29940-4-SEA is excepted from discharge under 11 U.S.C. § 523(a)(4).

2. The doctrine of claim preclusion prevents Michael Yerkovich from pursuing claims against Scott Banchero for amounts allegedly due to Mr. Yerkovich arising from Mr. Banchero's breach of the Master Operational Agreement and Pinnacle Processing Group – Shares Allocation Contract First Amendment in 2009 and 2010.

3. The remainder of the SJ Motions is denied.

**/// End of Order ///**

JUDGMENT OF NONDISCHARGEABILITY - 2